**L. H. CARTER et al., Appellants,**

**v.**

**FAYETTE COUNTY FISCAL COURT et al., Appellees.**

Court of Appeals of Kentucky.

Dec. 6, 1974.

Frank S. Ginocchio, Lexington, for appellants.

W. V. Alford, McDonald, Alford & Roszell, Joseph B. Murphy, Lexington, for appellees.

Memorandum Opinion of the Court by Chief Justice OSBORNE, Affirming.*

**Harold MEDLIN, Appellant,**

**v.**

**Norma Jean MEDLIN, Appellee.**

Court of Appeals of Kentucky.

Dec. 6, 1974.

William E. Hensley, Corbin, for appellant.

Garrett G. Teague, Jr., Johnson, Teague & Cox, Williamsburg, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

**Lena Sue DINGUS, Appellant,**

**v.**

**Jack G. DINGUS, Appellee.**

Court of Appeals of Kentucky.

Dec. 6, 1974.

Lowe & Lowe, Pikeville, for appellant.

Hazelrigg, Knight & Kirk, Paintsville, for appellee.

Memorandum Opinion of the Court by Special Commissioner HENRY MEIGS, Reversing.*